# UNITED STATES DISTRICT COURT

### DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

March 4, 2003

Ronald B. Katz, Esquire
11403 Cronridge Drive, Suite 230
Owings Mills, MD 21117-2295

Mark B. McCoy, Esquire
10455 Mill Run Circle
Owings Mills, MD 21117

>    Re:    <u>P-B Health Home Care Agency, Inc. v. Carefist of Maryland, Inc., f/k/a Blue Cross Blue Shield of Maryland, Inc., Civil No. CCB-03-411</u>

Dear Counsel:

This will confirm the results of our conference call today.

I understand that over the next few weeks you will be meeting with your clients and with each other to discuss the possibility of resolving this case and the appropriate deadlines for any scheduling order that may need to be entered. I have enclosed a draft form scheduling order for your information. **No later than April 3, 2003**, please submit a status report discussing the progress of your discussions, the need for a scheduling order, and whether a settlement conference with a Magistrate Judge would be helpful.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge

Enclosure