**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| P.B HEALTH HOME CARE AGENCY, INC. | * |
| Plaintiffs | * |
| v. | *   Case No.: CCB 03 CV 411 |
| CAREFIRST OF MARYLAND, INC., et.al | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**Certification Pursuant to Local Rule 103(5)(A)**

Dear Mr./Ms. Clerk:

    This is to certify that I have contacted the Circuit Court of Maryland for Baltimore City and have confirmed that there were no additional pleadings or papers filed with the Circuit Court other than those pleadings and papers which the Defendant mailed to the Federal Court which accompanied the Notice of Removal. The Notice of Removal was filed with the Federal Court on February 13, 2003.

                                                    Respectfully Submitted,

                                                    Mark B. McCoy, Esq.
                                                    Counsel for the Licensee
                                                    Federal Bar # 22895