LAW OFFICES
**RONALD B. KATZ, P.A.**

RONALD B. KATZ*                  11403 CRONRIDGE DRIVE
                                 SUITE 230                    (410) 581-1131
                                 OWINGS MILLS, MARYLAND 21117-2219

                                                              FACSIMILE
                                                              (410) 581-1107

*ADMITTED IN MD & D.C.

April 2, 2003

*Via Electronic Filing*

The Honorable Judge Catherine C. Blake
United States District Court - U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      RE:    P-B Health Home Care Agency, Inc. v.
               CareFirst of Maryland, Inc.
               Civil No.: CCB-03-411

Dear Judge Blake:

       On behalf of both parties in the above captioned case, I, as counsel for P-B Health Home Care Agency, Inc. ("P-B Health"), am submitting this status report to your attention with the consent of Mark B. McCoy, Esquire, who represents the Defendant. Counsel for both parties as well as respective party representatives met on March 29, 2003 and discussed the issues involved in this case. The Plaintiff is a provider and coordinator of home health care services and the complaint involves a multitude of claims relating to services allegedly rendered to various patients served by P-B Health. At the meeting, several claims were reviewed and discussed. The Defendant provided the Plaintiff's attorney with a spreadsheet explaining how each of the disputed claims was adjusted. The Plaintiff's attorney has requested time to compare the spreadsheet with the records of P-B Health. The Defendant has agreed to pay some of the claims, which were submitted, and has requested that the Plaintiff provide additional information relating to patient authorizations in order that the Defendant can determine if any other claims can be paid. The work at this time is being done to determine whether the parties can resolve these issues without litigation or in the alternative at least to be able to limit the scope of the proceeding to only those claims involving a material dispute.

       Therefore the parties would request that the Court allow an additional 30 days for them to exchange information. At that time the parties can update the Court on the status of the matter and the Court can then determine at that time whether a scheduling order is appropriate.

                                                                                    Yours truly,

                                                                                    Ronald B. Katz

RBK/dsc

cc:    Mark B. McCoy, Esquire