LAW OFFICES
**RONALD B. KATZ, P.A.**

RONALD B. KATZ*            11403 CRONRIDGE DRIVE
                                        SUITE 230                           (410) 581-1131
                          OWINGS MILLS, MARYLAND 21117-2219

                                                                            FACSIMILE
*ADMITTED IN MD & D.C.                                                      (410) 581-1107

April 30, 2003

*Via Electronic Filing*
The Honorable Judge Catherine C. Blake
United States District Court - U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      RE:    P-B Health Home Care Agency, Inc. v.
               CareFirst of Maryland, Inc.
               Civil No.:  CCB-03-CV-411

Dear Judge Blake:

        On behalf of both parties in the above captioned case, I, as counsel for P-B Health Home Care Agency, Inc., am submitting this status report to your attention with the consent of Mark B. McCoy, Esquire, who represents the Defendant. The parties have exchanged documentation in connection with Plaintiff's claims and Defendant has paid certain claims. However, additional documents need to be exchanged and reviewed. Both parties agree that additional time is required to determine whether they can resolve additional claims issues without litigation or in the alternative at least to be able to limit the scope of the proceeding to only those claims involving a material dispute.

Therefore, Mr. McCoy and I request that the Court allow an additional 60 days for the parties to exchange additional information and attempt to resolve additional issues. At that time the parties will update the Court on the status of this matter and we will provide an appropriate time frame regarding discovery and trial dates to incorporate into a scheduling order.

                               Yours truly,
                               /s/
                               Ronald B. Katz

RBK/dsc

cc:    Mark B. McCoy, Esquire

p-b\Blakeltr-2.wpd