UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

July 2, 2003

Ronald B. Katz, Esquire
11403 Cronbridge Drive
Suite 230
Owings Mills, MD 21117

Mark B. McCoy, Esquire
10455 Mill Run Circle
Owings Mills, MD 21117

Re:   P.B. Health Home Care Agency, Inc. v. Carefirst of Maryland, Inc., et al.,
      Civil No. CCB-03-411

Dear Counsel:

Thank you for your letter of June 25, 2003. Please provide a further status report by **September 5, 2003**.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge