LAW OFFICES
**RONALD B. KATZ, P.A.**

RONALD B. KATZ*        11403 CRONRIDGE DRIVE
                              SUITE 230                                (410) 581-1131
                   OWINGS MILLS, MARYLAND 21117-2219
                                                                       FACSIMILE
*ADMITTED IN MD & D.C.                                                 (410) 581-1107

August 29, 2003

*Via Electronic Filing*
The Honorable Judge Catherine C. Blake
United States District Court - U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    P-B Health Home Care Agency, Inc. v. CareFirst of Maryland, Inc.
            Civil No.: CCB-03-CV-411

Dear Judge Blake:

    The undersigned, as counsel for P-B Health Home Care Agency, Inc., is submitting this status report to your attention in the above-referenced matter. However, in order to file the status report in a timely manner it is being filed without review by Mark B. McCoy, Esquire, legal counsel for Defendant, as he is out of the office until after Labor Day.

    Prior to filing the Complaint, Plaintiff had submitted claims to Defendant but they remained unpaid for an extended period of time. Since filing the Complaint, Plaintiff has submitted additional copies of previously provided documents and Defendant has paid over $20,000.00 in claims. Additional documents are being exchanged and reviewed at this time in an attempt to resolve as many claim disputes as possible. Therefore, additional time is required to determine whether the parties can resolve the remaining outstanding claims without litigation or, in the alternative, at least to be able to limit the scope of the proceedings to only those claims involving a material dispute. It is also expected that the parties will meet in a final attempt to resolve the remaining claim disputes.

    Therefore, a request is hereby made that the Court allow an additional 60 days for the parties to review the remaining information and attempt to resolve any remaining disputes. At that time the parties will update the Court on the status of this matter and we will provide an appropriate time frame regarding discovery and trial dates to incorporate into a scheduling order.

                          Yours truly,
                          /s/
                          Ronald B. Katz

RBK/dsc
cc:    Mark B. McCoy, Esquire
p-b\Blakeltr-3.wpd