September 2, 2003

The Honorable Catherine C. Blake
United States District Judge
United States District Court
District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

      Re:    P-B Health Home Care Agency, Inc. v. CareFirst of Maryland, Inc.
              Civil No.: CCB-03-CV-411

Dear Judge Blake:

    I have received a copy of the status report prepared by counsel for the Plaintiff. On behalf of CareFirst I agree that several claims have been resolved since the filing of the suit. I would submit that I disagree with the statement in the status report's wording to the effect that the information upon which these more recent payments were based was previously supplied prior to the original claim's denials, however, for purposes of this status report I would state that this is a moot point.

    Counsel have continued to exchange information and I join in the request for an extension of an additional 60 days for the submittal of a status report in order to allow for counsel to further review these claims with the purpose of limiting those claims in dispute.

                                    Yours truly,

                                    /S/

                                  Mark B. McCoy
                                  Counsel for CareFirst of Maryland, Inc.
                                  (410) 998-5478