October 23, 2003

The Honorable Catherine C. Blake
United States District Judge
United States District Court
District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

      Re:    Joint Status Report of Plaintiff and Defendant
              P.B. Health Home Care Agency, Inc. v. CareFirst of Maryland, Inc.
              Civil No.:    CCB-03-CV-411

Dear Judge Blake:

      In the above captioned case, you requested a status report on or before November 2, 2003.  Please note that Counsel for the Plaintiff recently forwarded to Counsel for the Defendant a compilation of claims information and phone logs relating to the issues of whether or not some of the care may have been authorized for treatment.  This was a large volume of documentation and CareFirst's Provider Inquiry Department is presently comparing it to their records for the purpose of determining whether or not additional claims which are at issue in this case are eligible for payment based on prior authorization.

      At this point the parties have been able to resolve several of the claims and therefore they jointly request an additional extension of time prior to the issuance of a scheduling order in order to determine whether or not this case can be concluded among the parties.  Counsel for both parties would respectfully suggest that your honor schedule the filing of a status report for January 7, 2004.  There has been significant progress made through the exchange of claims information in an informal manner.  The review of claims information does require time because it involves going through many files relating to several members.

      I am submitting this request with the knowledge and approval of attorney, Ronald Katz, representing the Plaintiff.

      Respectfully submitted,


      Mark B. McCoy, Esq.
      Attorney for CareFirst of Maryland, Inc.
      (410) 998-5478