January 6, 2003

The Honorable Catherine C. Blake
United States District Judge
United States District Court
District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD  21201

   Re: **Joint Status Report of Plaintiff and Defendant**
      **P.B. Health Home Care Agency, Inc. v. CareFirst of Maryland, Inc.**
      **Civil No.: CCB-03-CV-411**

Dear Judge Blake:

  As a status update on the above captioned case, counsel would note that they have exchanged documentation relating to the claims at issue. Several claims have been processed based on this exchange of information. At this point the great bulk of the remaining claims are at issue due to the fact that CareFirst contends that the treatment which is the subject of the claims at issue was properly denied.  The Plaintiff contends that it is entitled to payment of the denied claims.

  CareFirst recently reviewed a large volume of documents from the Plaintiff and upon review of the documentation the undersigned counsel for CareFirst advised Counsel for the Plaintiff that CareFirst's position is that it properly adjudicated the claims at issue.  At this time the parties would suggest that a scheduling order be issued in order to proceed with discovery and any applicable motions relating to the remaining claims at issue.

               Respectfully Submitted,


               Mark B. McCoy, Esq.
               Attorney for CareFirst of Maryland, Inc.
               (410) 998-5478