IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| P-B HEALTH HOME CARE AGENCY, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Civil Action No.  CCB-03-411 |
| | : | |
| CAREFIRST OF MARYLAND, INC. | : | |
| | : | |
| Defendant | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS

      I HEREBY CERTIFY that on this 11th day of March, 2004, copies of the Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Request for Production of Documents to CareFirst of Maryland, Inc. were mailed, first class, postage prepaid, to Mark B. McCoy, 10455 Mill Run Circle, Owings Mills, Maryland 21117, Attorney for Defendant, and a copy of this notice was electronically filed in this case.

                                           _____/s/_____

Ronald B. Katz
FEDERAL BAR NO. 763
Ronald B. Katz, P.A.
11403 Cronridge Drive, Suite 230
Owings Mills, MD  21117-2295
(410) 581-1131

Attorney for Plaintiff

p-b\Certificate.Service.doc