IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **P-B HEALTH HOME CARE AGENCY, INC.** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-03-411 |
| **CAREFIRST OF MARYLAND, INC.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS**

I HEREBY CERTIFY that on this 29th day of March, 2004 copies of Defendant's Requests for Production of Documents and Interrogatories to Plaintiff, P-B Health Home Care Agency, Inc., from CareFirst of Maryland, Inc. Under Federal Rule 33 were mailed, first class, postage prepaid to Ronald B. Katz, Esquire, Attorney for Plaintiff, 11403 Cronridge Drive, Suite 230, Owings Mills, Maryland 21117-2295.

Respectfully submitted,

_____
Mark B. McCoy, Esq.
FEDERAL BAR NO. 22895
CareFirst of Maryland, Inc.
10455 Mill Run Circle
Owings Mills, Maryland 21117
(410) 998-5478
Attorney for Defendant