**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of Defendant's CareFirst of Maryland, Inc. Answers to Interrogatories was hand delivered on April 27th, 2004 to Ronald Katz, Esquire, 11403 Cronridge Drive, Suite 230, Owings Mills, Maryland 21117.

Respectfully submitted,

Mark B. McCoy, Esquire
Attorney for CareFirst of Maryland, Inc.
(410) 998-5478