IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| P-B HEALTH HOME CARE AGENCY, INC. | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No.  CCB-03-411 |
| CAREFIRST OF MARYLAND, INC. | : | |
| Defendant | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF SERVICE OF DISCOVERY REQUESTS

   I HEREBY CERTIFY that on this 29th day of April, 2004, copies of the Plaintiff's Answers to Defendant's Interrogatories and Plaintiff's Response to Defendant's Request for Production of Documents were hand-delivered to Mark B. McCoy, Esquire, 10455 Mill Run Circle, Owings Mills, Maryland 21117, Attorney for Defendant, and a copy of this notice was electronically filed in this case.


_____/s/_____
Ronald B. Katz
FEDERAL BAR NO. 943
Ronald B. Katz, P.A.
11403 Cronridge Drive, Suite 230
Owings Mills, MD  21117-2219
(410) 581-1131

Attorney for Plaintiff

p_b\CertificateService-DiscoveryResponse