IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| P-B HEALTH HOME CARE AGENCY, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. CCB-03-411 |
| CAREFIRST OF MARYLAND, INC. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that defendant CareFirst of Maryland, Inc., pursuant to Fed. R. Civ. P. 30(b)(6), will take the deposition of P.B. Health Home Care Agency, hereinafter referenced as "the Plaintiff" on **June 30, 2004 at 10:00 am** before a person authorized to administer oaths, at the office of Mark B. McCoy, Esq., 9th floor, 10455 Mill Run Circle, Owings Mills, Maryland. The deposition shall continue from day to day until completed. Pursuant to Fed. R. Civ. P. 30(b)(6), P.B. Health Home Care Agency shall designate one or more officers, directors, managing agents, or other persons to testify on the matters and documents described in the attached Appendix A.

_____
Mark B. McCoy
Federal Bar No. 22895
CareFirst of Maryland, Inc.
10455 Mill Run Blvd.
Owings Mills, Maryland  21117
410-998-5478

Attorney for Defendants