LAW OFFICES
**RONALD B. KATZ, P.A.**

RONALD B. KATZ*         11403 CRONRIDGE DRIVE
                        SUITE 230                                (410) 581-1131
                        OWINGS MILLS, MARYLAND  21117-2219

                                                                 FACSIMILE
                                                                 (410) 581-1107

*ADMITTED IN MD & D.C.

August 19, 2004

*Via Electronic Filing*

The Honorable Judge Catherine C. Blake
United States District Court - U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

      RE:    P-B Health Home Care Agency, Inc.
                v. CareFirst of Maryland, Inc.
                Civil Case No.: CCB-03-411

Dear Judge Blake:

      The purpose of this letter is to notify you that a settlement has been reached in this case.  A release has been prepared and sent to P-B Health Home Care Agency, Inc. to review and sign.  Once the release is signed and exchanged for a payment due under the Release, this case will be dismissed, with prejudice.  I expect that the dismissal will be filed within 30 days.  Please notify me and Mr. McCoy if you have any questions concerning this matter.

                                  Yours truly yours,

                                    /s/

                                Ronald B. Katz

RBK:kah
cc:  Mark B. McCoy, Esquire